IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30161
Conference Calendar

_____

MARCUS WADLEY,

                                        Plaintiff-Appellant,

versus

U.S. BUREAU OF PRISONS ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1714
- - - - - - - - - -
February 9, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

     Marcus Wadley, federal prisoner # 25734-077, appeals from
the district court's dismissal of his civil rights suit as
frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Wadley
argues that the district court abused its discretion by
dismissing his claims as time-barred.  We have reviewed the
record and find no reversible error.  Accordingly, the judgment

_____

     [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

     [**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

is AFFIRMED for essentially the reasons stated by the district court.

AFFIRMED.